# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| John Oliver Snow,<br><br>                Plaintiff,<br><br>v.<br><br>Romeo Aranas, et al.,<br><br>                Defendants. | Case No.: 2:18-cv-100-APG-VCF<br><br>**ORDER DISMISSING DEFENDANTS ROMEO ARANAS and NURSE NICK** |

On June 25, 2019, the plaintiff was advised by the court (ECF No. 33) that this action would be dismissed without prejudice as to defendants Romeo Aranas and Nurse Nick unless on or before July 25, 2019, the plaintiff filed proper proof of service or showed good cause why service was not made. The plaintiff has failed to file proof of service nor shown good cause. Nor has the plaintiff shown cause why this action should not be dismissed without prejudice as to those defendants for failure to timely servethem.

IT IS HEREBY ORDERED that this action is **DISMISSED without prejudice** as to defendants Romeo Aranas and Nurse Nick.

Dated: July 29, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE