AARON D. FORD
  Attorney General
IAN E. CARR, Bar No. 13840
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1259
E-mail: icarr@ag.nv.gov

*Attorneys for Defendants*
*Gregory Bryan and Bob Faulkner*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN OLIVER SNOW,<br><br>    Plaintiff,<br><br>v.<br><br>UTILIZATION REVIEW PANEL, et al.,<br><br>    Defendants | Case No. 2:18-cv-00100-APG-VCF<br><br>**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL (ECF No. 34)**<br><br>**(First Request)** |

Defendants, Dr. Gregory Bryan and D.O.N. Bob Faulkner (Defendants), by and through counsel Aaron D. Ford, Attorney General of the State of Nevada, and Ian E. Carr, Deputy Attorney General, hereby submit their Motion for Extension of Time to Respond to Plaintiff's Motion to Compel (ECF No. 34) (First Request). This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I. ARGUMENT**

Defendants respectfully request a thirty (30) day extension of time out from the current deadline (August 8, 2019) to respond to Plaintiff's Motion to Compel (ECF No. 34). Defense counsel is in the process of winding down or transferring most assigned

///

///

1

1  cases, and his last official day representing the Nevada Department of Corrections
2  (NDOC) in full capacity was July 31, 2019. Defense counsel requests this extension to
3  ensure that his successor will have enough time to familiarize themselves with the case.

4  Furthermore, defense counsel submits that this Division has experienced a wave of
recent retirements and departures. Although the Division is depleted, new Deputy
Attorneys General (DAGs) are arriving in early August to help restore normal
functionality. Defense counsel respectfully requests this extension to accommodate the
new arrivals and the Division during this transition period.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and will not hinder or prejudice Plaintiff's case, but will allow for a thorough response to Plaintiff's Motion to Compel (ECF No. 34). The requested thirty (30) day extension of time should permit Defendants time to adequately research, draft, and submit a motion response brief. Defendants assert that the requisite good cause is present to warrant the requested extension of time.

///
///
///
///
///
///
///
///
///

For these reasons, Defendants respectfully request a thirty (30) day extension of time from the current deadline to respond to Plaintiff's Motion to Compel (ECF No. 34), with a new deadline to and including Monday, September 9, 2019.[1]

DATED this 8th day of August, 2019.

        AARON D. FORD
        Attorney General

        By: _____
            IAN E. CARR, Bar No. 13840
            Deputy Attorney General

        *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**DATED:** 8-8-2019

---

[1] Because the last calculated day falls on a non-judicial day, the new deadline should become the next available judicial day. *See* FED. R. CIV. P. 6(a)(1)(C).

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I certify that I am an employee of the Office of the Attorney General, State of |
| 3 | Nevada, and that on this 8th day of August, 2019, I caused to be served a copy of the |
| 4 | foregoing, **MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S** |
| 5 | **MOTION TO COMPEL (ECF No. 34) (First Request)**, by U.S. District Court CM/ECF |
| 6 | Electronic Filing on the following: |

Yvette Chevalier, Esq., SBN #8739
Law Office of Yvette Chevalier PLLC
6750 Boulder Highway
Las Vegas, NV 89122
LawOfficeYvetteChevalier@gmail.com
*Attorney for Plaintiff*

*[signature]*

An employee of the
Office of the Attorney General